# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| E.K. and M.P., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC.,<br><br>Defendant. | CASE NO.22-cv-01919 |

## **PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs E.K. and M.P., on behalf of themselves, respectfully move this Court for an Order approving a motion to file a redacted Complaint and subsequent pleadings. The pleadings will only be redacted in one aspect – the Plaintiffs' initials, will be used instead of their full names.

There is good cause for the redacted filings pursuant to Federal Rule of Civil Procedure 5.2(d) because Plaintiffs' reputation and livelihood could be negatively impacted by the filing of the lawsuit. In conjunction with this motion, Plaintiffs submit their accompanying Memorandum of Law.

1

Dated: October 18, 2022						Respectfully submitted,

/s/ Gary S. Menzer\
Gary S. Menzer (Florida Bar No. 60386)\
Michael S. Hill (Florida Bar No. 37068)\
**MENZER & HILL P.A.**\
7280 W. Palmetto Pk. Rd. Ste. 301-N\
Boca Raton, Florida 33433\
T. 561.327.7207\
F. 561.880.8449\
gmenzer@menzerhill.com\
mhill@menzerhill.com

William B. Federman*\
**FEDERMAN & SHERWOOD**\
10205 N. Pennsylvania Ave.\
Oklahoma City, Oklahoma 73120\
(405) 235-1560\
(405) 239-2112 (facsimile)\
wbf@federmanlaw.com\
*Pro hac vice application forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system to all counsel of record.

/s/ Gary S. Menzer