# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| E.K. and M.P., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC.,<br><br>Defendant. | CASE NO. 22-CV-01919 |

## [PROPOSED] ORDER FOR LEAVE TO FILE UNDER SEAL

It is hereby ORDERED that Plaintiffs are permitted to file their initial Complaint and subsequent pleadings in this cause of action under their initials, instead of their full names, to avoid potential harm to their reputations, livelihood, and relationships.

Dated: October 3, 2022

_____
DISTRICT JUDGE OR MAGISTRATE JUDGE