UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
FLORIDA ORLANDO DIVISION
CASE.: 22-cv-01919-RBD-DCI

E.K. and M.P., individually and on
Behalf of all others similarly situated,

    Plaintiffs,

v.

WALT DISNEY PARKS AND
RESORTS U.S., INC.,

    Defendant.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of William B. Federman of the law firm of Federman & Sherwood, 10205 N. Pennsylvania Ave., Oklahoma City, OK 73120, 405-235-1560, for purposes of appearance as co-counsel on behalf of E.K. and M.P., individually and on behalf of all others similarly situated, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit William B. Federman to receive electronic filings in this case, and in support thereof states as follows:

    1.    William B. Federman is not admitted to practice in the Middle District of Florida and is a member in good standing of the Oklahoma Bar Association and United States District Court Western District of Oklahoma.

    2.    Movant, Michael S. Hill, Esquire, of the law firm of Menzer & Hill, P.A., 7280 W. Palmetto Park Road, Suite 203, Boca Raton, FL 33433, 561-327-7205, is a member in good

standing of The Florida Bar and the United States District Court for the Middle District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, William B. Federman has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. William B. Federman, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to William B. Federman at email address: wbf@federmanlaw.com.

WHEREFORE, Michael S. Hill, moves this Court to enter an Order William B. Federman, to appear before this Court on behalf of E.K. and M.P., individually and on behalf of all others similarly situated, in the above-styled case only, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to William B. Federman.

Date: 10/21/2022

Respectfully submitted,

*Michael Hill*

Michael S. Hill
Florida Bar #37069
mhill@menzerhill.com
Menzer & Hill, P.A.
7280 W. Palmetto Park Road, Suite 203
Boca Raton, FL 33433
561-327-7205

Attorneys for Plaintiffs and the Putative Class