UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
FLORIDA ORLANDO DIVISION
CASE.: 22-CV-01919-RBD-DCI

E.K. and M.P., individually an on behalf of all others similarly situated,

    Plaintiffs,

v.

WALT DISNEY PARKS AND RESORTS U.S., INC.,

    Defendant.

## CERTIFICATION OF WILLIAM B. FEDERMAN

William B. Federman, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Middle District of Florida; (2) I am a member in good standing of Oklahoma Bar Association and United States District Court Western District of Oklahoma; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

_____
William B. Federman

Case 6:22-cv-01919-RBD-DCI   Document 9-1   Filed 10/21/22   Page 2 of 2 PageID 67