# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

## **CERTIFICATE**

STATE OF OKLAHOMA    )
                     )
COUNTY OF OKLAHOMA   )

Gina L. Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That WILLIAM B. FEDERMAN, OBA #2853, was admitted to the practice of law by the Supreme Court of Oklahoma on October 14, 1982 and is an active member in good standing of the Oklahoma Bar Association.

Gina L. Hendryx
General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 22nd day of August, 2022 by Gina L. Hendryx.

NOTARY PUBLIC

My Commission Expires:
10/21/2023



Commission Number:
19010584

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065



www.okbar.org