# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ERICA KELLY and MARILYN PAONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC.,<br><br>Defendant. | CASE NO. 6:22-CV-1919-RBD-DCI |

## Notice of Pendency of Other Actions

In accordance with Local Rule 1.07(c), I certify that the instant action is related* to a pending civil case previously filed in the District Court of the Central District of California:

- *Nielsen v. Walt Disney Parks And Resorts*, Case No. 8:21-cv-02055-DOC-ADS (C.D. Cal. 2022).

*Plaintiffs identify the above case pursuant to the Court's Order (ECF No. 52), entered on February 3, 2023. Plaintiffs aver the cases bear similarities but are not identical. Plaintiffs' Complaint and allegations focus on Defendant's

1

Platinum Pass, while the *Nielsen* Action focuses on Defendant's Dream Key Pass.

Dated: February 8, 2023

Respectfully submitted,

/s/: *William B. Federman*
William B. Federman* (Lead Counsel)
Kennedy M. Brian*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
(405) 235-1560
(405) 239-2112 (facsimile)
wbf@federmanlaw.com
kpb@federmanlaw.com
*Admitted *Pro Hac Vice*

Michael S. Hill (FL Bar No. 37068)
**MENZER & HILL P.A.**
7280 W. Palmetto Pk. Rd.
Ste. 301-N
Boca Raton, Florida 33433
T. 561.327.7207
F. 561.880.8449
mhill@menzerhill.com

*Attorneys for Plaintiffs and Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system to all counsel of record.

*/s/ William B. Federman*